# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SUE ANN WILLOUGHBY                                                          PLAINTIFF

V.                            NO. 4:08CV00161 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                         DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE